

# Fourth Court of Appeals
## San Antonio, Texas

July 26, 2019

No. 04-18-00512-CR

**EX PARTE** Steven **ROBLES**,

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1302-W1
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

On June 19, 2019, this court issued a judgment that affirmed the trial court's order denying appellant habeas relief and that granted appellant's former counsel's motion to withdraw. We stated in our memorandum opinion accompanying our judgment that no substitute counsel will be appointed. On July 2, 2019, appellant filed a "Motion for Appointment of Counsel on Motion for Rehearing." We **DENY** appellant's Motion for Appointment of Counsel on Motion for Rehearing.

Appellant also filed a "Motion to Obtain Transcript" on June 26, 2019, and two letters clarifying that appellant seeks two trial transcripts from the underlying case in which appellant was found guilty and punished. We **DENY** appellant's Motion to Obtain Transcript because an indigent criminal defendant is not entitled to a free record of prior proceedings for the purpose of pursuing a post-conviction habeas corpus application. *See In re Strickhausen,* 994 S.W.2d 936, 937 (Tex. App.—Houston [1st Dist.] 1999) (orig. proceeding); *In re Coronado,* 980 S.W.2d 691, 693 (Tex. App.—San Antonio 1998) (orig proceeding); *see also Schiefelbein v. State*, No. 04-03-00567-CR, 2004 WL 1510632, at *1 (Tex. App.—San Antonio July 7, 2004, no pet.) (mem. op., not designated for publication).[1]

Appellant also filed a "Motion for Extension of Time to File For Motion for Rehearing" on June 27, 2019. Appellant does not specify the length of the extension he seeks, and he requests relief in addition to an extension of time, including that this court cause a reporter's record be filed. We **GRANT IN PART** appellant's Motion for Extension of Time to File For Motion for Rehearing and **ORDER** that appellant's time to file a motion for rehearing is extended until **August 5, 2019**. We **DENY** appellant's motion is all other respects.

---

[1] We mailed appellant a copy of the clerk's record and supplemental clerk's record in this habeas appeal on February 13, 2019. We did not mail appellant a copy of the reporter's record in this appeal because we confirmed with the court coordinator that there was no live hearing when the trial court denied appellant's amended application for writ of habeas corpus.

_____
Rebeca C. Martinez, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of July, 2019.



_____
KEITH E. HOTTLE,
Clerk of Court